IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MICHAEL McCALLON**                                                                           **PLAINTIFF**

**V.**                              **CIVIL ACTION NO.:** 5:23-cv-84-DCB-FKB

**BRIDGET D. WILLIAM**                                            **DEFENDANTS**
                                                                                            **JURY TRIAL DEMANDED**

## COMPLAINT

**COMES NOW** the Plaintiff, Michael McCallon (hereinafter referred to as "Michael") by and through his attorney of record, and files this his Complaint against Defendant, Bridget D. Willaim ("William" or "Defendant"), and for Michael causes of action would show unto the Court the Following:

### Parties

1. At the time of the collision and currently, Michael is an adult resident citizen of the State of Louisiana.

2. Defendant, William, is an adult resident citizen of the State of Mississippi, who resides in Natchez, Mississippi, and process may be obtained upon said defendant as required by law.

### Jurisdiction and Venue

3. This Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332.

4. Venue is proper in this Court pursuant to U.S.C.A. § 1391.

### Factual Allegations

5. On September 15, 2022, Michael was walking on the shoulder of US Hwy 84 eastbound in Vidalia, Louisiana between Murray Drive and the entrance of Popeye's.

6. At the same time and place, William was operating her vehicle and attempted to turn into Popeye's.

7. When William turned into Popeye's, she negligently failed to observe Michael and crashed into him, causing Michael to suffer personal injuries.

### COUNT 1 – MICHAEL'S CLAIM FOR NEGLIGENCE AGAINST WILLIAM

8. Michael incorporates and re-alleges all previous paragraphs set out herein.

9. William was negligent in the operation of her vehicle in the following respects:

    a. Failed to keep proper lookout for others;

    b. Failed to properly slow or otherwise maneuver her vehicle so as to avoid striking Michael;

    c. Failed to operate her vehicle at a reasonable rate of speed having due regard for the conditions present and the condition of the vehicle he was operating;

    d. By driving her vehicle and in a careless and imprudent manner without regard for traffic and all other attendant circumstances;

    e. By driving her vehicle in such a manner as to indicate a willful or wanton disregard for the safety of persons or property; and

    f. Failed to see what should have been seen.

10. As a direct and proximate result of the negligence of William, Michael was caused to suffer serious, permanent, painful, and disabling injuries to his body and property which resulted in the following damages to Michael:

    a. Medical and drug expenses to date;

    a. Medical and drug expenses to date;

    b. Pain, suffering, and mental anguish to date;

    c. Non-permanent injuries, pain, suffering, and mental anguish to date;

    d. Pain, suffering, and mental anguish for the remainder of his life;

    e. Future medical and drug expenses;

    f. Loss of enjoyment in life and quality of life;

    g. Permanent disability and disfigurement;

    h. Pre and post judgment interest; and

    i. All damages allowed by law.

## COUNT II – MICHAEL'S CLAIMS FOR PUNITIVE DAMAGES AGAINST WILLIAM

11. Michael incorporates and re-alleges all previous paragraphs set out herein.

12. William acted with intentional, willful, wanton, and/or reckless disregard for the rights of Michael, proximately resulting in damages to Michael.

13. Therefore, Michael demands punitive damages against William.

WHEREFORE, PREMISES CONSIDERED, Michael demands judgment against William, jointly and severally for an amount of special, punitive and compensatory damages to be determined by a jury of his peers. Michael also seeks all costs of Court, pre-judgment interest after demand, post-judgment interest, attorney fees, and all other relief allowed by law.

Respectfully submitted this the 8th day of September, 2023.

Michael McCallon,
Plaintiff

_____ mc
P. MANION ANDERSON, MSB #104250

P. MANION ANDERSON, MSB #104250
McHARD, McHARD, ANDERSON & ASSOCIATES, PLLC
140 MAYFAIR ROAD, SUITE 1500
HATTIESBURG, MS 39402
T: 601-450-1715
F: 601-450-1719
E: manderson@mchardlaw.com