IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL McCALLON                                                    PLAINTIFF

VS.                                      CIVIL ACTION NO. 5:23-cv-84-DCB-FKB

BRIDGET D. WILLIAM                                                  DEFENDANT

JUDGMENT OF DISMISSAL

Plaintiff, Michael McCallon, by and through his counsel, has filed a "Stipulation of Dismissal" that asks the Court to enter a Judgment of Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). [ECF No. 4]. No Defendant has been served, and Plaintiff's Stipulation of Dismissal was filed prior to the opposing party serving either an answer or a motion for summary judgment. Under these circumstances, a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Fed. R. Civ. P. 41(a)(1).

ACCORDINGLY, IT IS THEREFORE ORDERED that this case is dismissed without prejudice.

SO ORDERED, this the 14th day of February 2024.

　　　　　　　　　　　　　　　　　　/s/   David Bramlette
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE